AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

Cheryl D. Bailey f/k/a
Cheryl D. Dowling
    PLAINTIFF

**SUMMONS IN A CIVIL CASE**

V.

Robert E. Greenglass
    DEFENDANT

CASE NUMBER:

# 05 11500 DPW

TO: (Name and address of Defendant)

Robert E. Greenglass, Esq.
One Park Place
Plymouth, MA 02360

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Philip D. Moran, Esq.
265 Essex Street
Suite 202
Salem, MA 01970

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

JUL 15 2005

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE July 18, 2005 |
| NAME OF SERVER (PRINT) Philip D. Moran | TITLE Attorney at Law |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Sent copy of Complaint and Summons to Defendant by Certified Mail/Return Receipt Requested on July 18, 2005

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 18, 2005
           Date                 Signature of Server

265 Essex Street
Suite 202, Salem, MA 01970
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



## LAW OFFICES OF PHILIP D. MORAN, P.C.

ATTORNEY AND COUNSELLOR AT LAW
265 ESSEX STREET • SUITE 202
SALEM, MASSACHUSETTS 01970

(978) 745-6085
Fax (978) 741-2572
email: philipmoranesq@aol.com

Moran

PHILIP D MORAN



July 18, 2005

Robert E. Greenglass, Esq.
One Park Place
Plymouth, MA 02360

**SENT BY CERTIFIED MAIL/RETURN RECEIPT REQUESTED
NO. 7099 3400 0008 9221 3380**

RE:   Cheryl D. Bailey f/k/a Cheryl D. Dowling v. Robert E. Greenglass
      U.S. District Court District of Massachusetts
      Civil Case No.: 05 11500 DPW

Dear Attorney Greenglass:

Enclosed are copies of the following relative to the above matter:

1.   Complaint; and

2.   Summons In A Civil Case.

Very truly yours,

Philip D. Moran, Esq.

Enclosures