UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05 11500DPW

| | |
|---|---|
| CHERYL D. BAILEY f/k/a CHERYL D. DOWLING, Plaintiff, | ) ) ) ) ) |
| v. | ) ) |
| ROBERT E. GREENGLASS, Defendant. | ) ) ) ) |

**ANSWER AND JURY DEMAND OF THE DEFENDANT, ROBERT E. GREENGLASS**

The defendant, Robert E. Greenglass ("defendant"), for his Answer to the Complaint of

the plaintiff, Cheryl D. Bailey f/k/a Cheryl D. Dowling ("plaintiff"), states as follows:

<u>**First Defense**</u>

1.      The defendant denies knowledge or information sufficient to form a belief as to

the truth of the allegations in paragraph 1 and therefore denies same.

2.      The defendant admits the allegations in paragraph 2.

3.      With reference to paragraph 3, the allegation that jurisdiction lies under 28 U.S.C.

1332 for diversity of citizenship is a conclusion or interpretation of law to which

no response by defendant is required.  To the extent a response is required, all

allegations are denied.  The defendant denies that the plaintiff is entitled to any

damages and denies that damages, if any, would exceed $75,000.  Answering

further, the defendant denies all remaining allegations contained in paragraph 3.

4.    The defendant admits the allegations in paragraph 4.

5.    The defendant denies the allegations in paragraph 5.

6.    The defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 6, and therefore denies same.

7.    The defendant denies the allegations in paragraph 7.

8.    The defendant denies the allegations in paragraph 8.

9.    The defendant denies the allegations in paragraph 9.

10.    The defendant denies the allegations in paragraph 10.

11.    The defendant denies the allegations in paragraph 11.

12.    The defendant denies the allegations in paragraph 12.

13.    The defendant denies the allegations in paragraph 13.

14.    The defendant denies the allegations in paragraph 14.

15.    With reference to paragraph 15, the defendant repeats and incorporates by reference his responses to the allegations in the paragraphs set forth therein. Answering further, the defendant denies all remaining allegations contained in paragraph 15.

16.    With reference to paragraph 16, the defendant repeats and incorporates by reference his responses to the allegations in the paragraphs set forth therein. Answering further, the defendant denies all remaining allegations contained in paragraph 16. The defendant denies that the plaintiff sent a Mass. G.L. c. 93A demand letter. The defendant denies any violation of c. 93A.

## Second Defense

The Complaint fails to state a claim upon which relief can be granted.

## Third Defense

The plaintiff's claims are barred by the doctrines of waiver, estoppel, laches, or unclean hands.

## Fourth Defense

The plaintiff has suffered no damages as a proximate result of any conduct of defendant.

## Fifth Defense

The plaintiff has failed to mitigate her damages, if any.

## Sixth Defense

The plaintiff's damages, if any, were caused by persons for whose conduct the defendant is not legally responsible.

## Seventh Defense

The plaintiff's damages, if any, were caused by her own conduct, including, but not limited to, her own negligence, comparative negligence, recklessness or intentional conduct.

## Eighth Defense

The Complaint is barred by the statutes of limitation.

## Ninth Defense

The plaintiff failed to comply with a statutory condition necessary to a c. 93A claim.

## Prayer for Relief

WHEREFORE, the defendant respectfully prays for the following relief:

a)      That the Court dismiss the Complaint with prejudice;

3

b)    That the Court award the defendant his costs of suit, including reasonable

attorneys' fees; and

c)    That the Court award such other and further relief as it deems just and proper.

## Jury Demand

Defendant respectfully demands a jury as to all claims so triable.

Respectfully submitted,
ROBERT E. GREENGLASS
By his attorneys,

/s/ Joseph S. Berman

Joseph S. Berman, Esq.
BBO No. 566006
BERMAN & DOWELL
210 Commercial Street
Boston, MA 02109
(617) 723-9911

## CERTIFICATE OF SERVICE

I, Joseph S. Berman, Esq., hereby certify that on this 8th day of August, 2005, I served a copy of the foregoing by electronic means with the United States District Court for the District of Massachusetts using the CM/ECF system, which will send notification to the following: Philip D. Moran Esq. and Edgar L. Kelley, Esq., 265 Essex Street, Suite 202, Salem, MA 01970.

/s/ Joseph S. Berman

Joseph S. Berman

4