UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11500DPW

Cheryl D. Bailey f/k/a
Cheryl D. Dowling
    PLAINTIFF

v.

Robert E. Greenglass
    DEFENDANT

## JOINT STATEMENT

The Plaintiff, Cheryl D. Bailey, f/k/a Cheryl D. Dowling and Defendant Robert E. Greenglass, herewith submit their Joint Statement in conformity with the Notice of Scheduling Conference Local Rule 16.1(D) and F.R.C.P. Rule 26(f).

1. **JOINT DISCOVERY PLAN:**

    A. **Plaintiff's Proposed Discovery:**

    1. Plaintiff's Interrogatories to Defendant.

    2. Plaintiff's F.R.C.P. Rule 34 Request for Production of Documents to Defendant.

    3. Plaintiff's Request for Admission of Facts to Defendant pursuant to F.R.C.P. Rule 36 (a).

    4. Depositions of the persons identified in the Certified Record of Proceedings and any person identified by Defendant in discovery.

    B. **Defendant's Proposed Discovery:**

    1. Defendant's Interrogatories to Plaintiff.

    2. Defendant's F.R.C.P. Rule 34 Request for Production of Documents to Plaintiff.

    3. Defendant's Request for Admissions of Facts to Plaintiff pursuant to F.R.C.P. Rule 36(a).

4. Depositions of the Plaintiff, the persons identified in the Certified Record of Proceedings and any person identified by the Plaintiff in discovery.

C. **Discovery Completion Date:**

1. Written discovery completed: December 31, 2005
2. Depositions: March 15, 2006

D. **Expert Discovery and Disclosure:**

The Plaintiff will disclose his expert witnesses and the items contained in F.R.C.P. Rule 26(a)(2) on or before February 16, 2006. The Defendant will disclose his expert witnesses and the terms contained in F.R.C.P. Rule 26 (a)(2) on or before March 15, 2006.

2. **MOTION SCHEDULE:**

The parties shall file:

1. all dispositive motions such as Motion for Summary Judgment, Motion for Judgment on the Pleadings and Motion to Dismiss on or before April 1, 2006;

2. all discovery motions on or before April 1, 2006;

3. all motions to amend or miscellaneous motions on or before April 1, 2006.

3. **CERTIFICATION OF COUNSEL:**

Counsel for the Plaintiff states that he has conferred with his client regarding a budget for the costs of litigation and alternative dispute resolution as outlined in Local Rule 16.4.

4.  **PENDING MOTIONS:**

None at this time.

| | |
|---|---|
| The Plaintiff<br>Cheryl D. Bailey f/k/a<br>Cheryl D. Dowling<br>by her Attorney<br><br>*/s/ Philip D. Moran*<br>PHILIP D. MORAN, ESQ.<br>265 Essex Street<br>Suite 202<br>Salem, MA 01970<br>(978) 745-6085<br>B.B.O.# 353920 | The Defendant<br>Robert E. Greenglass<br>by his Attorney<br><br>*/s/ Joseph S. Berman*<br>JOSEPH S. BERMAN, ESQ.<br>Berman & Dowell<br>210 Commercial Street<br>Boston, MA 02109<br>(617) 723-9911<br>B.B.O.#: |