UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05 11500DPW

```
CHERYL D. BAILEY f/k/a      )
CHERYL D. DOWLING,          )
     Plaintiff,             )
                            )
v.                          )
                            )
ROBERT E. GREENGLASS,       )
     Defendant.             )
                            )
```

### CERTIFICATION BY DEFENDANT, ROBERT E. GREENGLASS, PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule (D. Mass.) 16.1(D)(3), the defendant, Robert E. Greenglass, hereby certifies that he and his counsel have conferred: (a) with a view toward establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

ROBERT E. GREENGLASS
By: /s/ Robert E. Greenglass
Robert E. Greenglass

>Respectfully submitted,
>ROBERT E. GREENGLASS
>By his attorneys,
>
>/s/ Joseph S. Berman
>_____
>Joseph S. Berman, BBO No. 566006
>BERMAN & DOWELL
>210 Commercial Street
>Boston, MA 02109
>627-723-9911

## CERTIFICATE OF SERVICE

I, Joseph S. Berman, Esq., hereby certify that on this ____ day of October, 2005, I served a copy of the foregoing by electronic means with the United States District Court for the District of Massachusetts using the CM/ECF system, which will send notification to the following: Philip D. Moran Esq. and Edgar L. Kelley, Esq., 265 Essex Street, Suite 202, Salem, MA 01970.

>/s/ Joseph S. Berman
>_____
>Joseph S. Berman