FILED
Clerk's Office
USDC, Mass.
Date __11/3/05__
By __MR__
Deputy Clerk

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11500DPW

Cheryl D. Bailey f/k/a
Cheryl D. Dowling
    PLAINTIFF

v.

Robert E. Greenglass
    DEFENDANT

## **MOTION TO WITHDRAW**

Now comes Philip D. Moran, Esq., attorney for the Plaintiff Cheryl D. Bailey f/k/a Cheryl D. Dowling, and moves to withdraw from his appearance herein as attorney for the said Plaintiff in the above action.

Neither the parties nor the court will be prejudiced since Successor Counsel is filing his Appearance herewith.

Respectfully submitted,

PHILIP D. MORAN, ESQ.
265 Essex Street
Suite 202
Salem, MA 01970
(978) 745-6085
B.B.O.#: 353920

Dated: November 2, 2005