

FILED
Clerk's Office
USDC, Mass.
Date 11/3/05
By mR
Deputy Clerk

AO 458 (Rev. 10/95) Appearance

# United States District Court
### DISTRICT OF MASSACHUSETTS

Briley, Cheryl

v.

Greenglass

**APPEARANCE**

CASE NUMBER: 05-11500-DPW

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Plaintiff

I certify that I am admitted to practice in this court.

Date: 11-3-05

Signature: [signature]

Print Name: JOHN SHEK    Bar Number:

Address: 84 STATE ST.

City: BOSTON    State: MA    Zip Code: 02109

Phone Number: 617-742-9310    Fax Number: 617-742-5731

This form was electronically produced by Elite Federal Forms, Inc.