UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05 11500DPW

_____
                                    )
CHERYL D. BAILEY f/k/a              )
CHERYL D. DOWLING,                  )
    Plaintiff,                      )
                                    )
v.                                  )
                                    )
ROBERT E. GREENGLASS,               )
and EDGAR L. KELLEY,                )
    Defendants.                     )
_____)

### NOTICE OF APPEARANCE

Please enter the appearance of Kristen R. Green, Berman & Dowell, 210 Commercial Street, Boston, Massachusetts 02109, on behalf of Defendant, Robert E. Greenglass.

        Respectfully submitted,
        ROBERT E. GREENGLASS
        By his attorneys,

        /s/ Kristen R. Green
        _____
        Joseph S. Berman, Esq.
        BBO No. 566006
        Kristen R. Green, Esq.
        BBO No. 662065
        BERMAN & DOWELL
        210 Commercial Street
        Boston, MA 02109
        (617) 723-9911

## **CERTIFICATE OF SERVICE**

_____I, Kristen R. Green, Esq., hereby certify that on this 12th day of December, 2005, I served a copy of the foregoing by electronic means with the United States District Court for the District of Massachusetts using the CM/ECF system, which will send notification to the following: John Shek, Esq., Weston, Patrick, Willard & Redding, 84 State Street, Eleventh Floor, Boston, MA 02109, and Edgar L. Kelley, Esq., 265 Essex Street, Suite 202, Salem, MA 01970.

/s/ Kristen R. Green
_____
Kristen R. Green