UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05 11500DPW

_____
                                    )
CHERYL D. BAILEY f/k/a              )
CHERYL D. DOWLING,                  )
    Plaintiff,                      )
                                    )
v.                                  )
                                    )
ROBERT E. GREENGLASS,               )
and EDGAR L. KELLEY,                )
    Defendants.                     )
_____)

**NOTICE OF WITHDRAWAL**

    I, Kristen R. Green, do hereby withdraw my appearance, as counsel for the defendant, Robert E. Greenglass, on the above entitled matter. Joseph S. Berman and Berman & Dowell remain as counsel of record.

/s/ Kristen R. Green

_____
Kristen R. Green, BBO NO. 662065
210 Commercial Street
Boston, MA 02109
(617) 723-9911

**CERTIFICATE OF SERVICE**

    I, Kristen R. Green, Esq., hereby certify that on this 5th day of January, 2006, I served a copy of the foregoing by electronic means with the United States District Court for the District of Massachusetts using the CM/ECF system, which will send notification to the following: John Shek, Esq., Weston, Patrick, Willard & Redding, 84 State Street, Eleventh Floor, Boston, MA 02109, and Edgar L. Kelley, Esq., 265 Essex Street, Suite 202, Salem, MA 01970.

/s/ Kristen R. Green

_____
Kristen R. Green