UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05 11500DPW

|  |  |
|---|---|
| CHERYL D. BAILEY f/k/a<br>CHERYL D. DOWLING,<br>    Plaintiff,<br><br>v.<br><br>ROBERT E. GREENGLASS,<br>and EDGAR L. KELLEY,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR CONTINUANCE OF STATUS CONFERENCE**

The defendant, Robert E. Greenglass, through undersigned counsel, respectfully requests a short continuance of the Status Conference currently scheduled for January 26, 2006 at 2:30 p.m. As grounds for this motion, undersigned counsel states that he is scheduled to appear on January 26, 2006 at 2:00 p.m. in the Norfolk County Superior Court in Civil Action No. 03-1462, Donald Kay v. Suffolk Construction Corp., et al. The Kay case is a complex, multi-party litigation with numerous attorneys. Scheduled for January 26th are several motions, including motions for summary judgment and motions to amend pleadings. In that case, which was filed in 2003, discovery is completed and the motions session on January 26th is necessary to move the case forward toward a possible trial.

In this matter, the plaintiff recently amended her complaint to add a defendant, Edgar Kelley. Mr. Kelley has yet to file an answer. Discovery has not yet commenced, and the case is in its earliest stages.

Because it would appear to be more burdensome to change the schedule of the Kay

matter, and because this matter is at a much earlier stage, undersigned counsel respectfully requests that the Court continue the Status Conference for a short time.

Undersigned counsel has conferred with John Shek, Esq., who represents the plaintiff. Mr. Shek, on behalf of his client, has NO OBJECTION to this motion for a short continuance. The parties would request the earliest available date for the Court's convenience.

WHEREFORE, defendant Robert Greenglass respectfully requests a short continuance of the January 26, 2006 Status Conference.

                                                             Respectfully submitted,
ROBERT E. GREENGLASS
By his attorneys,

/s/ Joseph S. Berman
_____
Joseph S. Berman, Esq.
BBO No. 566006
BERMAN & DOWELL
210 Commercial Street
Boston, MA 02109
(617) 723-9911

ASSENTED-TO
Cheryl Dowling
By her attorney,


   /s/
_____
John Shek, Esq.

## CERTIFICATE OF SERVICE

      I, Joseph S. Berman, Esq., hereby certify that on this 25th day of January, 2006, I served a copy of the foregoing by electronic means with the United States District Court for the District of Massachusetts using the CM/ECF system, which will send notification to the following: John Shek, Esq., Weston, Patrick, Willard & Redding, 84 State Street, 11th Floor, Boston, MA 02109.

                                      /s/ Joseph S. Berman
                                      _____
                                      Joseph S. Berman