UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT
OF MASSACHUSETTS

CIVIL ACTION NO. 05-11500-DPW

Cheryl D. Bailey
a/k/a Cheryl D. Dowling
    PLAINTIFF

v.

Robert E. Greenglass
and Edgar L. Kelley
    DEFENDANTS

### DEFENDANT EDGAR L. KELLEY'S MOTION TO BE PERMITTED TO FILE HIS RESPONSIVE PLEADING LATE

The added Defendant Edgar L. Kelley ("Kelley"), moves that he be permitted to file his Rule 12(b)(6) Motion after the expiration of 20 days following service of summons and complaint under FRCiv.P 6(c) for the reason that the acquisition of the pleadings and supporting evidence of the events relating to his participation in the Plaintiff's litigation have consumed more time than was anticipated, some of which was hampered by the movant's shock at having been sued by his client without notice.

Respectfully submitted,

EDGAR L. KELLEY, Pro Se
C/o Philip D. Moran, Esq.
265 Essex Street
Suite 202
(978) 745-6085

Dated: January 26, 2006