UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11500-DPW

**CHERYL D. BAILEY**
**f/k/a CHERYL D. DOWLING**

    Plaintiff

v.

**ROBERT E. GREENGLASS**
**and EDGAR L. KELLEY**

    Defendant.

## CERTIFICATE OF COMPLIANCE WITH BENCH ORDER

    By Order of this Court (Woodlock, USDJ) entered from the bench November 4, 2005, Plaintiff was ordered to submit to this Court evidence of service of any Amended Complaint Plaintiff may file, to add the Defendant Edgar Kelley as a party. Plaintiff's counsel was also ordered to give Notice in such case, to the Defendant Kelley, that a Status Conference had been scheduled before the Court (Woodlock, USDJ), at 2:30 p.m. on Thursday, January 26, 2006.

    By this Certificate, the undersigned counsel certifies to the Court that on or about December 15, 2005, the Summons, and Notice of Status Conference (copies filed together herewith), were served by disinterested constable, upon the Defendant Edgar Kelley, in compliance with the Court's November 4, 2005 order.

    **CHERYL D. BAILEY**
    **f/k/a CHERYL D. DOWLING**

    By Her Attorney

    /S/   John Shek
    _____
    JOHN SHEK, ESQ.
    Weston, Patrick, Willard & Redding
    84 State Street, 11th Floor
    Boston, MA 02109
    (617) 742-9310
Dated: February 1, 2006    (BBO# 457330)