UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT
OF MASSACHUSETTS

CIVIL ACTION NO. 05-11500-DPW

Cheryl D. Bailey
a/k/a Cheryl D. Dowling
    PLAINTIFF

v.

Robert E. Greenglass
and Edgar L. Kelley
    DEFENDANTS

### DEFENDANT EDGAR L. KELLEY'S
### CORRECTED CERTIFICATE OF SERVICE

The undersigned named Defendant Edgar L. Kelley certifies that he has made service of his Motion to Dismiss and Motion for Late Filing by first class mail, postage prepaid, upon counsel of record in this case this 3rd day of February, 2006 and says further that he had anticipated service in hand at the hearing previously scheduled for Thursday January 26, 2006, which had been rescheduled for February 23, 2006, of which this party was not aware.

Service upon Attorney John Shek, c/o Westin, Patrick, Willard & Reading, 84 State Street, 11th Floor, Boston, MA 02109

And

Attorney Joseph S. Berman, 210 Commercial Street, Boston, MA 02109

Respectfully submitted,

*[signature]*
EDGAR L. KELLEY, Pro Se
C/o Philip D. Moran, Esq.
265 Essex Street
Suite 202
(978) 745-6085

Dated: February 3, 2006