UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11500-DPW

**CHERYL D. BAILEY**
**f/k/a CHERYL D. DOWLING**

    Plaintiff

v.

**ROBERT E. GREENGLASS**
**and EDGAR L. KELLEY**

    Defendant.

## MOTION TO CONTINUE SCHEDULING/STATUS CONFERENCE

The Plaintiff, Cheryl D. Bailey, through undersigned counsel, respectfully requests a short continuance of the Status Conference currently scheduled for February 23, 2006 at 2:30 p.m. As grounds for this motion, undersigned counsel states that:

(A) Through his own inadvertence, and by no fault of any other person, the January 26, 2006 scheduling of the Status Conference in this case was not cross-referenced with counsel's personal schedule. Attorney John Shek's daughter's school vacation falls during the week of February 20 through 26, and a brief trip out of the country is scheduled presently for Attorney Shek and his daughter February 22 through February 25.

(B) Plaintiff Cheryl Bailey has received notice from the Massachusetts Appeals Court that the hearing of her appeal on her divorce case, has been scheduled for Tuesday, March 21, 2006 at 9:30 a.m. There is no expectation that the Appeals Court panel will indicate in any way, the possible direction of its ruling on the issues before it, but it is possible that the timing of a ruling may be easier to forecast on or shortly after that date. As previously indicated to this Court, a portion of the issues involved in this case may be affected or eliminated depending on the ruling(s) in Plaintiff's appeal.

(C)     Discovery has not yet commenced, and this case is in its earliest stages.  Because this matter is at an early stage, and because the scheduling of a brief continuance would not appear to cause a prejudice on any of the parties involved, the undersigned counsel respectfully requests that the Court continue the Status Conference for a short time.

(D)     Undersigned counsel has conferred with Attorney Joseph Berman, Esq., who represents the Defendant Robert Greenglass.  Mr. Berman, on behalf of his client, has NO OBJECTION to this motion for a short continuance.   (Attorney Berman does have his own vacation scheduled for March 6 through March 10, 2006.)  The undersigned has also contacted the newly added Defendant Edgar Kelley, and Mr. Kelley has NO OBJECTION to this Motion for a Short Continuance.

WHEREFORE, Plaintiff Cheryl Bailey respectfully requests a short continuance of the February 23, 2006 Status Conference.

**CHERYL D. BAILEY**
**f/k/a CHERYL D. DOWLING**

By Her Attorney

/S/   John Shek
_____
JOHN SHEK, ESQ.
Weston, Patrick, Willard & Redding
84 State Street, 11th Floor
Boston, MA 02109
(617) 742-9310

Dated:  February 15, 2005                          (BBO# 457330)

**ASSENTED TO**:                                                        **ASSENTED TO**:

ROBERT GREENGLASS (Defendant)                     EDGAR KELLEY  (Defendant)

/S/   Joseph Berman                                              /S/   Edgar Kelley
_____           _____
By His Attorney:  Joseph Berman, Esq.                   Edgar Kelley (Pro Se)