UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11500-DPW

**CHERYL D. BAILEY**
**f/k/a CHERYL D. DOWLING**

    Plaintiff

v.

**ROBERT E. GREENGLASS**
**and EDGAR L. KELLEY**

    Defendant.

## MOTION TO ENLARGE TIME FOR OPPOSITION

## TO DEFENDANT EDGAR KELLEY'S MOTION TO DISMISS

    The Plaintiff, Cheryl D. Bailey, through undersigned counsel, respectfully requests an enlargement of time for filing and serving her Opposition to the Defendant Edgar Kelley's F.R.Civ.P. 12(b) Motion to Dismiss.  As grounds for this motion, Plaintiff states that:  (A) Undersigned counsel has conferred with the newly added Defendant Edgar Kelley, and Mr. Kelley has no objection to this Motion; (B) No prejudice to any party would result if granted.

    WHEREFORE, Plaintiff Cheryl Bailey respectfully requests an enlargement of time for filing and serving her Opposition to Defendant's Motion to Dismiss, to and including Friday, March 10, 2006.

**ASSENTED TO**:

EDGAR KELLEY  (Defendant)

  /S/   Edgar Kelley
_____
Edgar Kelley (Pro Se)
41 Kelsey Road
Boxford, MA  01921

**CHERYL D. BAILEY**

By Her Attorney

  /S/   John Shek
_____
JOHN SHEK, ESQ.
Weston, Patrick, Willard & Redding
84 State Street, 11th Floor
Boston, MA 02109
(617) 742-9310
(BBO# 457330)

Dated:  February 15, 2005