UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

**CIVIL ACTION NO. 05-11500-DPW**

---

**CHERYL D. BAILEY**
**f/k/a CHERYL D. DOWLING**

      Plaintiff

v.

**ROBERT E. GREENGLASS**
**and EDGAR L. KELLEY**

      Defendant.

---

### MOTION OF PLAINTIFF'S ATTORNEY FOR LEAVE TO FILE OPPOSITION LATE

      This Court (Woodlock, DJ) ordered Plaintiff's Opposition to Defendant Kelley's Motion to Dismiss, due March 6, 2006.  Plaintiff's Attorney undersigned respectfully moves this Court for leave to file the Plaintiff's Memorandum in Opposition one (1) day late.  As grounds, Plaintiff's counsel states that no prejudice will result from a filing that is late by this short period of time, and that intervening circumstances made filing of this document yesterday afternoon impossible.

      WHEREFORE, counsel for Plaintiff Cheryl Bailey respectfully requests that the Court accept for filing Plaintiff's Memorandum in Opposition to Defendant's Motion to Dismiss.

Respectfully Submitted,

/S/   John Shek

_____

JOHN SHEK, ESQ.
Weston, Patrick, Willard & Redding
84 State Street, 11th Floor
Boston, MA 02109
(617) 742-9310
(BBO# 457330)

Dated:  March 7, 2006