UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11500-DPW

**CHERYL D. BAILEY**
**f/k/a CHERYL D. DOWLING**

    Plaintiff

v.

**ROBERT E. GREENGLASS**
**and EDGAR L. KELLEY**

    Defendant.

## JOINT MOTION OF ALL PARTIES

## FOR ORDER OF DISMISSAL WITHOUT PREJUDICE

## AND ORDER TOLLING STATUTE OF LIMITATIONS

All parties having appeared hereby make a joint request for this Court to enter the following orders, consistent with the recommendation of the Court expressed from the bench (and later confirmed by March 14, 2006 docket entry of Clerk's Office), viz., the parties hereby jointly request that:

1.    This Court enter an order dismissing all claims of all parties, without prejudice and without costs, all rights to any appeal being waived; and

2.    This Court enter an order tolling the statute of limitations, as to all claims of all parties, whether asserted in the above-captioned action or otherwise, as of March 24, 2006.

WHEREFORE, the parties having appeared before this Court March 14, 2006, and noted the considerations expressed by the Court at that hearing, and each having jointly certified and submitted the foregoing motion, all parties respectfully request that this Court enter the orders as jointly requested above.

                                    Respectfully Submitted,

                                    **CHERYL D. BAILEY**
                                    **f/k/a CHERYL D. DOWLING**

                                    By Her Attorney

                                        /S/   John Shek
                                    _____
                                    JOHN SHEK, ESQ.
                                    Weston, Patrick, Willard & Redding
                                    84 State Street, 11th Floor
                                    Boston, MA 02109
                                    (617) 742-9310
                                    (BBO# 457330)

| **ASSENTED & AGREED**: | **ASSENTED & AGREED**: |
|---|---|
| **ROBERT GREENGLASS** (Defendant) | **EDGAR KELLEY**  (Defendant) |
| /S/   Joseph Berman | /S/   Edgar Kelley |
| _____ | _____ |
| Joseph Berman, Esq. | Edgar Kelley (Pro Se) |
| Berman & Dowell | Kelley Law Office |
| 210 Commercial Street | 41 Kelsey Road |
| Boston, MA  02109 | Boxford, MA  01981 |
| 617-723-9911 | C/O  978-745-6085 |

Dated:  March 24, 2005

2