UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CHERYL D. BAILEY
    Plaintiff

v.

                              CIVIL ACTION NO. 05-11500-DPW

ROBERT E. GREENGLASS
    Defendant

## ORDER OF DISMISSAL

WOODLOCK, District Judge

    In accordance with this Court's Ruling on March 29, 2006 Allowing the Joint Motion for Order of Dismissal without prejudice and Order tolling statute of limitations, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED WITHOUT PREJUDICE.

    It is FURTHER ORDERED that the statute of limitations is tolled as of March 24, 2006 as to all claims of all parties arising out of the facts put in issue by the above-captioned action.

BY THE COURT,

Dated: March 29, 2006                /s/ Michelle Rynne
                                                Deputy Clerk